IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil No. 5:17-cv-23-GCM

WILLENE REID,                         )
     Plaintiff,                      )
v.                                    )
ANDREW SAUL,                          )          ORDER
Commissioner of Social Security,      )
     Defendant.                      )
_____)

Upon consideration of Plaintiff's petition for attorney's fees pursuant to 42 U.S.C. §

406(b), and Defendant's response,

IT IS THEREFORE ORDERED that Plaintiff's counsel is awarded an attorney's fee

pursuant to the Social Security Act, 42 U.S.C. § 406(b), in the amount of $ $8,741.88. Plaintiff's

counsel will reimburse Plaintiff any fees she previously received under the Equal Access Justice

Act (EAJA), 28 U.S.C. § 2412.

Signed: April 23, 2020

Graham C. Mullen
United States District Judge